NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## LOCUS TELECOMMUNICATIONS, INC.,
*Plaintiff-Appellee,*

v.

## UNITED STATES,
*Defendant-Appellant.*

---

2012-5011

---

Appeal from the United States Court of Federal Claims in consolidated case nos. 05-CV-1184 and 06-CV-277, Senior Judge Robert H. Hodges, Jr.

---

## ON MOTION

---

## ORDER

Upon consideration of the United States's unopposed motion for a 50-day extension of time, until July 25, 2012, to file its opening brief,

IT IS ORDERED THAT:

The motion is granted.  The United States's opening brief is due July 25, 2012.

FOR THE COURT

JUN 0 4 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Charles H. Helein, Esq.
     Ellen Page Delsole, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 4 2012

JAN HORBALY
CLERK